IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02014-ZLW-CBS

VAIL RESORTS, INC., a Delaware Corporation,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: October __6__, 2010


    It is ORDERED that the Plaintiff's Unopposed Motion To Amend/Revise/Correct Plaintiff Vail Resorts, Inc.'s Motion For Summary Judgment (Doc. No. 34; Sep. 30, 2010) is granted. It is

    FURTHER ORDERED that the Doc. No. 33-10 is stricken from the record and replaced with Doc. No. 34-1.