IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 09-cv-02014-WYD-CBS

VAIL RESORTS, INC., a Delaware Corporation,

     Plaintiff,

v.

UNITED STATES OF AMERICA,.

     Defendant.

---

## ORDER

---

This matter is before the Court on the parties' Joint Motion to Administratively Close Case, [ECF No. 57], filed December 7, 2011.   On July 1, 2011, the Court entered an order on the parties' cross-motions for summary judgment which granted the Plaintiff's motion and denied the Defendant's motion.   Since the parties are now engaged in good faith settlement negotiations, which they have indicated may last for an extended period of time, I find that this case should be administratively closed pursuant to D.C.COLO. LCivR 41.2 with leave to be reopened for good cause shown.   Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

     Dated: December 7, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge