IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02014-WYD-CBS

VAIL RESORTS, INC., a Delaware Corporation,

   Plaintiff,

v.

UNITED STATES OF AMERICA,

   Defendant.

---

**ORDER**

---

   Upon joint motion by the parties (ECF No. 67) and good cause having been shown, it is

   ORDERED that the Order entered in this case on July 1, 2011 resolving the parties' cross motions for summary judgment (ECF No. 50) is hereby **VACATED**.   It is

   FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to the parties' stipulation of dismissal (ECF No. 67).   Each party shall bear its own costs and fees, to include attorney fees.

   Dated:   May 5, 2015.

                                          BY THE COURT:


                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE